427 A.2d 247

Yandrich, Admn. Est. of Yandrich, dec'd., Appellant v. Radic v. Yandrich etc.

Argued March 5, 1980.   Richard C. Angino, for appellant; Richard H. Wix, for appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Order affirmed based on the lower court opinion of Honorable John C. Dowling.